**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SYLVIA KUGELMAN, individually and on behalf of all others similarly situated,** | ) | **CASE NO. 1: 13 CV 1606** |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| **vs.** | ) | |
| **PVF CAPITAL CORP.; STEVEN A. CALABRESE; FREDERICK D. DISANTO; UMBERTO P. FEDELI; MARK D. GROSSI; RICHARD R. HOLLINGTON, III; ROBERT J. KING, JR.; STUART D. NEIDUS; and F.N.B. CORPORATION,** | ) | **Judgment Entry** |
| **Defendants.** | ) | |

This Court, having issued its Memorandum of Opinion and Order granting defendants' motions to dismiss (Doc. 5 and Doc. 9), hereby enters judgment for defendants.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 9/9/13